■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD STONE, Appellant. [812 NYS2d 930]—Judgment, Supreme Court, New York County (Renee A. White, J.), rendered on or about April 5, 2004, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Saxe, Sullivan, Williams and McGuire, JJ.